

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00358-CR

| | | |
|---|---|---|
| LENDON LEE ADAMS, Appellant | § | On Appeal from the 396th District Court |
| | § | |
| V. | | of Tarrant County (1413691D) |
| | § | |
| | | March 7, 2019 |
| THE STATE OF TEXAS | § | |
| | | Opinion by Justice Bassel |
| | § | |
| | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel